993 A.2d 870

June HALL, Administratrix of the Estate
of Sallie Mae Hall, Deceased

v.

EPISCOPAL LONG TERM CARE, et al.

Petition of Episcopal Long Term Care.

No. 143 EM 2009.

Supreme Court of Pennsylvania.

April 19, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of April, 2010, the Application for Consolidation is **GRANTED,** the Application for Relief and the Application for Relief for Correct Designation of its Petition for Allowance of Appeal are **DENIED,** and the Application to Strike New Matter is **DISMISSED AS MOOT.**

993 A.2d 870

Nelson J. RODRIGUEZ, Administrator for
the Estate of Josefa Rodriguez

v.

EPISCOPAL LONG TERM CARE.

Petition of Episcopal Long Term Care.

No. 144 EM 2009.

Supreme Court of Pennsylvania.

April 19, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of April, 2010, the Application for Consolidation is **GRANTED,** the Application for Relief and

the Application for Relief for Correct Designation of its Petition for Allowance of Appeal are **DENIED,** and the Application to Strike New Matter is **DISMISSED AS MOOT.**

993 A.2d 871

**Robert X. TAYLOR, a/k/a James Smith AY–6068 Sci–Fayette, 50 Overlook Drive, Labella, PA 15450, Petitioner**

**v.**

**Honorable Sheldon C. JELIN, Judge of Court of Common Pleas, Philadelphia County, Room 143H, City Hall, Philadelphia PA 19107, Respondent.**

**No. 186 EM 2009.**

Supreme Court of Pennsylvania.

April 20, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 20th day of April, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.